IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC., | ) |
| PLAINTIFF, | ) |
| vs. | ) CIVIL ACTION NUMBER: |
| | ) 2:06cv299-SRW |
| MANISH HASMUKH PATEL, an individual; and WOODARD, PATEL & SLEDGE, a partnership. | ) |
| DEFENDANTS. | ) |

2006 APR -4 P 4: 40

## COMPLAINT

COMES NOW the Plaintiff, Fred's Store of Tennessee, Inc. ("Fred's Stores"), by and through its counsel of record, and files this Complaint against Manish Hasmukh Patel and the firm of Woodard, Patel & Sledge, and for cause would show the Court the following facts:

I.

Fred's Stores is a corporation organized and existing under the laws of the State of Tennessee, with its principle place of business at 4300 New Getwell Road, Memphis, Tennessee 38118. Fred's Stores was incorporated April 2, 1973, and qualified to do business in Alabama on November 30, 1992. The registered agent for Fred's Stores has always been Corporation Service Company d/b/a CSC-Lawyers Incorporating Service, Inc., and the only change involving its registered agent was when CSC-Lawyers Incorporating Service, Inc. moved its offices from 25 Washington Avenue, Suite 201, Montgomery, AL 36103 to 150 South Perry Street, Montgomery, AL 36104. This change was effected October 17, 1995. Also, Fred's Stores of Alabama, Inc. was merged into Fred's Stores February 8, 1993. All of this information, and much more, is pub-

licly and freely available from the Office of the Secretary of State for the State of Alabama, including via its website.

II.

The Defendant, Manish Hasmukh Patel ("Patel"), is an adult resident citizen of the State of Alabama, over the age of 19, and resides in Andalusia, Alabama and may be served process in accordance with the Federal Rules of Civil Procedure as they relate to service upon an individual. Patel is an attorney licensed to practice law in the State of Alabama, doing business as a partner in the firm of Woodard, Patel & Sledge at 1213 East Three Notch Street, Andalusia, AL 36420. Upon information and belief, the Defendant was an incorporator of, and the registered agent for, Naseeb, Inc., an Alabama corporation that did business in Andalusia, Alabama. This information is publicly and freely available from the Office of the Secretary of State for the State of Alabama, including via its website. The Clerk of the Court is requested to issue process for said Defendant for service by personal process server.

III.

The Defendant, Woodard, Patel & Sledge ("the firm"), is a partnership, whose partners are Allen Gerald Woodard, Manish Hasmukh Patel and Christopher Michael Sledge, and which may be served process in accordance with the Federal Rules of Civil Procedure as they relate to service upon an association. The partners of the firm are attorneys licensed to practice law in the State of Alabama, doing business as partners at 1213 East Three Notch Street, Andalusia, AL 36420. The Clerk of the Court is requested to issue process for said Defendant for service by personal process server.

IV.

The venue is proper as the conduct complained of occurred within the Middle District of Alabama's Northern Division. Jurisdiction is proper under 28 U.S.C.§ 1332; complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.00.

V.

On or about March 12, 2003, Manish Hasmukh Patel and/or the firm of Woodard, Patel & Sledge, as attorneys for Theresa L. Parker, filed a Complaint in the Circuit Court of Covington County, Alabama naming Fred's Stores as a Defendant. The Complaint averred that the agent for service of process for Fred's Stores was W. Clark Campbell, Jr. and that service could be effectuated by service upon him at 260 Washington Avenue, Montgomery, Alabama 36197. The Circuit Court issued Summons.

VI.

On or about March 19, 2003 the Complaint in question was delivered by certified mail to the firm Azar & Azar, LLC. Subsequent to receipt, the Complaint was returned to the U.S. Postal Service advising that Clark Campbell was never associated with Azar & Azar and that the Complaint was returned to the Circuit Court of Covington County, Alabama. The docket sheet of the Circuit Court of Covington County, Alabama reflects that on March 23, 2003 a certified envelope was returned with notations "Not deliverable as addressed. Unable to forward".

VII.

On or about April 25, 2003, Manish Hasmukh Patel and/or the firm of Woodard, Patel & Sledge filed a Motion for Default on behalf of Ms. Theresa L. Parker, and accompanied the motion with an Affidavit asserting the propriety of the service, a Motion for Default Entry by the Clerk and Entry of Default. The Circuit Court of Covington County entered Default Judgment on

July 8, 2003 and an Order Extending Judgment against Fred's Stores on August 8, 2003, which awarded Ms. Parker, the Defendants' client, compensatory damages of $10,000.00 and punitive damages of $90,000.00.

VIII.

On April 6, 2004, Manish Hasmukh Patel and/or the firm of Woodard, Patel & Sledge fraudulently, maliciously, recklessly and/or negligently; in breach of the standard of care expected of legal service providers in the State of Alabama; and in violation of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975; issued a Process of Garnishment on behalf of Theresa L. Parker against Fred's Stores for the full amount of the judgment, $100,000.00, plus "costs" of $21.42. The garnishee was SouthTrust Bank, a federally insured banking institution, that maintained accounts on behalf of Fred's Stores. Interestingly, Patel and/or the firm of Woodard, Patel & Sledge, managed to obtain the proper address of Fred's Stores for the purpose of obtaining his Order of Garnishment. Fred's Stores first received notice on April 13, 2004, that its operating funds had been garnished, when SouthTrust Bank filed an Answer. SouthTrust Bank then froze various accounts held on behalf of Fred's Stores for the full amount of the Order of Garnishment that the Defendant, Manish Hasmukh Patel, and/or the firm of Woodard, Patel & Sledge, had obtained fraudulently, maliciously, recklessly and/or negligently; in breach of the standard of care expected of legal service providers in the State of Alabama; and in violation of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975.

IX.

The Defendants, Manish Hasmukh Patel and/or the firm of Woodard, Patel & Sledge, continued to inflict further injury and loss on Fred's Stores by their fraudulent, malicious, reckless and/or negligent actions, which were in breach of the standard of care expected of legal serv-

ice providers in the State of Alabama, and in violation of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975. When the Defendants were informed that W. Clark Campbell had never been the registered agent for Fred's Stores, that Fred's Stores had never been properly served with the Complaint and that the issuance of the Process for Garnishment was improper, they refused to release the garnishment until such time as the Circuit Court entered an Order setting aside the Default Judgment. This fraudulent, malicious, reckless and/or negligent conduct was in breach of the standard of care expected of legal service providers in the State of Alabama, and in violation of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975.

X.

As a result of said conduct by Manish Hasmukh Patel and/or the firm of Woodard, Patel & Sledge, Fred's Stores suffered significant injury and loss by being improperly denied the use of its funds held in its bank account. Fred's Stores suffered almost incalculable additional loss by being denied the opportunity to use these funds to pay its stockholders, employees, creditors, suppliers and others. Fred's Stores suffered further loss due to the lost opportunities to use these funds to generate, develop, extend and improve its existing business, as well as to generate, develop, extend and improve new business opportunities, all of which are now irrevocably lost. Fred's Stores suffered loss in the form of additional banking fees related to the Defendants' garnishment of Fred's Stores' accounts at SouthTrust Bank, which garnishment was improper, fraudulent, malicious, reckless and/or negligent; in breach of the standard of care expected of legal service providers in the State of Alabama; and in violation of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975. Fred's Stores suffered considerable additional loss in the expenditure of attorneys' fees solely for the purpose of setting aside the order of garnishment and default judgment, which was obtained fraudulently, maliciously, recklessly and/or negli-

gently; in breach of the standard of care expected of legal service providers in the State of Alabama; and in violation of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975. Fred's Stores was also injured by the loss of its financial reputation, credit, and similar fiduciary relationships, and such injuries were caused by the Defendants' fraudulent, malicious, reckless and/or negligent garnishment of accounts held by SouthTrust Bank on behalf of Fred's Stores, which act was in breach of the standard of care expected of legal service providers in the State of Alabama; and in violation of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975.

WHEREFORE, Fred's Stores of Tennessee, Inc. demands compensatory and punitive damages, including attorneys' fees, costs and expenses, of the Defendants, Manish Hasmukh Patel and the firm of Woodard, Patel & Sledge, in the amount of $1,000,000.00, for the loss and injury suffered by Fred's Stores due to the actions and/or inaction of the Defendants as described above, plus disgorgement of any and all fees received by the Defendants as a result of their representation of Theresa L. Parker.

_____
Clinton Pittman

2101 4th Avenue South
Suite 200
Birmingham, AL 35233-2029
(205) 821-3712
FAX: (205) 327-5773
E-mail: xmeromotu@gmail.com

/s/ J. Henry Ros/JCP
J. Henry Ros

Watkins, Ludlam, Winter & Stennis, P.A.
2510 14th Street
Suite 1010
Gulfport, MS 39501
(228) 864-3094

**Please serve defendants at the following addresses:**

Manish Hasmukh Patel
Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, AL 36420

Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, AL 36420