# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

FRED"S STORES OF TENNESSEE, INC.

V.

MANISH HASMUKH PATEL
and
WOODARD, PATEL & SLEDGE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv299-SRW

TO: (Name and address of Defendant)

Manish Hasmukh Patel
Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clinton Pittman
2101 4th Avenue South
Suite 200
Birmingham, AL 35233

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                   4/7/06

CLERK                                               DATE

_Will C. R._

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 30, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| James Baker | Private Process Server |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served: Manish Hasmukl Patel
1213 East Three Notch Street
Andalusia, Alabama 36420

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 30, 2006         *James R. Baker*
              Date                   Signature of Server

MID-SOUTH LEGAL SERVICES
Post Office Box 610008
Birmingham, Alabama 35261
(205) 326-0900
Address of Server

RETURNED AND FILED

JUL 13 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.