IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC. ) ) ) ) Plaintiff, ) ) vs. ) ) MANISH HASMUKH PATEL, and ) WOODARD, PATEL & SLEDGE, ) ) Defendants. ) | CIVIL ACTION NUMBER: 2:06cv299-SRW |

## MOTION TO DISMISS

Come now the defendants, Manish Patel and Woodard, Patel & Sledge, a partnership, and move the Court to dismiss this claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of their motion, the defendants state and show as follows:

1. The plaintiff's complaint states no fact upon which relief can be granted against these defendants. Taking the plaintiff's complaint on its face, the plaintiff, Fred's Stores of Tennessee, Inc. has filed suit against the defendant lawyers alleging that the defendant lawyers negligently prosecuted and civil action bearing the style of Theresa L. Parker v. Fred's Stores, Inc. by negligently attempting to effect service on the defendant. It further

alleges that the defendant lawyers negligently applied for and sustained a default judgment against the defendant Fred's Stores.  The action is purportedly brought under the Alabama Legal Services Liability Act.

    2.   Upon the face of the complaint it is obvious that no attorney/client relationship existed between the defendant attorneys and Fred's Stores, Inc.  As such, the plaintiff has no standing to file this action.

    3.   Further, the substantive law of the state of Alabama recognizes no cause of action for the negligent maintenance or negligent prosecution of a civil damage action.

    4.   The defendant further states that the plaintiff's complaint is barred by *res judicata* or that any claim for damages including attorney's fees was a mandatory counterclaim in the underlying civil action of <u>Theresa Parker v. Fred's Stores, Inc</u>.

                                              s/James R. Shaw
                                              James R. Shaw
                                              HUIE, FERNAMBUCQ & STEWART, LLP
                                              Three Protective Center
                                              2801 Hwy 280 South, Suite 200
                                              Birmingham, AL 35223
                                              (205) 251-1193
                                              (205) 251-1256
                                              jrs@hfsllp.com
                                              Alabama Bar No.: 7523-H49J

                                              Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clinton Pittman
2101 4th Avenue South
Suite 200
Birmingham, AL 35233-2029

J. Henry Ros
WATKINS, LUDLARA, WINTER & STENNIS, P.A.
2510 14th Street
Suite 1010
Gulfport, MS 39501

                        Respectfully submitted,

                        _s/James R. Shaw_
                        James R. Shaw
                        HUIE, FERNAMBUCQ & STEWART, LLP
                        Three Protective Center
                        2801 Hwy 280 South, Suite 200
                        Birmingham, AL 35223
                        (205) 251-1193
                        (205) 251-1256
                        jrs@hfsllp.com
                        Alabama Bar No.: 7523-H49J

                        Attorneys for Defendants