IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv299-SRW |
| | ) |
| MANISH HASMUKH PATEL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is presently before the court on the motion to dismiss filed by defendants on July 18, 2006 (Doc. # 5). Upon consideration of the motion, it is

ORDERED that defendants are DIRECTED to file a brief in support of their motion to dismiss on or before August 4, 2006. Plaintiff may respond to the motion on or before August 18, 2006.[1] Additionally, the undersigned Magistrate Judge cannot proceed in this action without written consent from all parties. Accordingly, it is further ORDERED that all parties are DIRECTED to execute and send to the Clerk, on or before August 4, 2006, either the attached form consenting to Magistrate Judge jurisdiction or the form requesting reassignment to a District Judge.[2] DO NOT FILE THIS FORM ELECTRONICALLY.

---

[1] The motion will be submitted for decision without oral argument. Should the court determine that oral argument is necessary, a hearing date will be scheduled later.

[2] This order supersedes any notice the parties may have received or may hereafter receive from the Clerk of the Court regarding consent to Magistrate Judge jurisdiction. Any party to the lawsuit has the right to decline assignment of this case to a Magistrate Judge and to request random reassignment of this case to a District Judge for all purposes including trial and the entry of final judgment. The Magistrate Judge will not be advised of the identity of any party requesting reassignment.

Done, this 24th day of July, 2006.

                                                        /s/ Susan Russ Walker
                                                      SUSAN RUSS WALKER
                                                      UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____, )
                                )
      Plaintiff(s),            )
                                )
v.                              )   CIVIL ACTION NO. _____
                                )
_____, )
                                )
      Defendant(s).           )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____     _____
    Date                                Signature

                                                        _____
                                                        Counsel For (**print** name of all parties)

                                                        _____
                                                        Address, City, State Zip Code

                                                        _____
                                                        Telephone Number

**<u>DO NOT FILE THIS DOCUMENT ELECTRONICALLY.</u>**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____, )
                                )
      Plaintiff(s),            )
                                )
v.                              )   CIVIL ACTION NO. _____
                                )
_____, )
                                )
      Defendant(s).            )

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

     The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____   _____
      Date                                                   Signature

                                            _____
                                            Counsel For (**print** name of all parties)

                                            _____
                                            Address, City, State Zip Code

                                            _____
                                            Telephone Number

<u>**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**</u>
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**