IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **FRED'S STORES OF TENNESSEE, INC.** )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**MANISH HASMUKH PATEL, and** )<br>**WOODARD, PATEL & SLEDGE,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NUMBER:**<br>**2:06cv299-SRW** |

## MOTION TO EXTEND BRIEFING SCHEDULE

Come now the defendants, Manish Patel and Woodard, Patel & Sledge, by and through the undersigned counsel and petition the Court for the following relief.

On to wit July 18, 2006, the defendants by the undersigned counsel did electronically file its Motion to Dismiss. Thereafter the defendants received no briefing schedule, no notification of election or non-election to magistrate judge jurisdiction or any other pleadings. On calling the chamber of Magistrate Judge Susan Russ Walker on August 9, 2006, it was determined that there had been a briefing schedule issued by the Court which was never served on the undersigned counsel. The defendants' brief would have been due August 4, 2006. Inasmuch as the Order was never sent to the undersigned counsel, the defendants did not comply.

Wherefore premises considered, the defendants respectfully request a period of fourteen (14) days or such time as the Court may deem appropriate in which to file its brief in support of its motion for summary judgment, specifically to and including August 24, 2006.

The defendants request such further and different relief as the Court may deem appropriate under the premises.

    s/James R. Shaw
James R. Shaw
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Hwy 280 South, Suite 200
Birmingham, AL 35223
(205) 251-1193
(205) 251-1256
jrs@hfsllp.com
Alabama Bar No.: 7523-H49J
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clinton Pittman
2101 4th Avenue South
Suite 200
Birmingham, AL 35233-2029

J. Henry Ros
WATKINS, LUDLARA, WINTER & STENNIS, P.A.
2510 14th Street
Suite 1010
Gulfport, MS 39501

Respectfully submitted,

    s/James R. Shaw
James R. Shaw
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Hwy 280 South, Suite 200
Birmingham, AL 35223
(205) 251-1193
(205) 251-1256
jrs@hfsllp.com
Alabama Bar No.: 7523-H49J
Attorneys for Defendants