IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FRED'S STORES OF TENNESSEE, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06cv299-MHT |
| MANISH HASMUKH PATEL and WOODARD, PATEL & SLEDGE, a partnership, | ) ) ) ) | |
| Defendants. | ) | |

ORDER

The allegations of the complaint in this lawsuit are insufficient to invoke this court's removal jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship). To invoke jurisdiction based on diversity, the complaint must distinctly and affirmatively allege each party's citizenship. McGovern v. American Airlines, Inc., 511 F. 2d 653, 654 (5th Cir. 1975) (per curiam). The allegations must show that the citizenship of each

plaintiff is different from that of each defendant. 28 U.S.C. § 1332.

The complaint is insufficient because it does not indicate the citizenship of Woodard, Patel & Sledge, a partnership. For a partnership, the complaint must indicate the citizenship of each of the individual partners, both general and limited. The complaint does not do this. Carden v. Arkoma Associates, 494 U.S. 185 (1990).

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until October 13, 2006, to amend the complaint to allege jurisdiction sufficiently, see 28 U.S.C. § 1653; otherwise this lawsuit shall be dismissed with prejudice.

DONE, this the 29th day of September, 2006.

              /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE