IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 OCT -2 A 10: 22

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC., ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | CIVIL ACTION NUMBER: |
| vs. ) | |
| ) | **2:06cv299-MHT** |
| MANISH HASMUKH PATEL, an individual; ) | |
| and WOODARD, PATEL & SLEDGE, ) | |
| a partnership. ) | |
| ) | |
|     DEFENDANTS. ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO MOTION TO DISMISS**

COMES NOW the Plaintiff, Fred's Store of Tennessee, Inc. ("Fred's Stores"), and in support of its motion that the Court extend the time permitted to file its Opposition to the Motion to Dismiss, files the following affidavit of its counsel, Clinton Pittman:

STATE OF ALABAMA   )
COUNTY OF JEFFERSON )

BEFORE ME, the undersigned Notary, _Marilyn Yvonne Scofield_,
on this 29th day of September, 2006, personally appeared Clinton Pittman, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. My name is Clinton Pittman, and I am an attorney for Fred's Stores of Tennessee, Inc., in relation to the above-styled matter.

2. Jim Shaw, counsel for Patel and Woodard, Patel & Sledge ("the law firm") filed and served on me (and other counsel for Fred's Stores) a motion to dismiss pursuant to Rule 12(b)(6), Fed.R.Civ.P. on or about July 18, 2006.

3. I received that motion on or about Friday, July 21, 2006, and forwarded it to in-house counsel for Fred's Stores.

4. I drafted a response to the motion to dismiss over that following weekend and sent it via e-mail to the other attorneys on July 25, 2006. I made revisions to the draft on July 26, 2006, and sent another draft on July 27th.

5. After receiving the comments of the other attorneys, including filing instructions regarding out-of-state counsel, I did further legal research and made further revisions to the draft motion. I printed and signed the final version of the motion, identical to the version submitted on September 28th, on August 8, 2006, with the intention that the motion be filed and served that day.

6. There was some confusion as to whether this motion would be filed in paper or electronic form, but as I did not have access to the Court's electronic filing at the time, that was not an alternative and should not have interfered with the usual filing and service routine.

7. I can find no evidence that this final version, though signed and dated, including having printed envelopes, was ever placed in the United States mail. I also have no excuse for failing to notice that no stamped filed copy was returned from the Clerk's office. I am sure that my professional life is no busier than that of any other practicing attorney or judge, and can offer no reason for my oversight other than neglect of my duty.

8. I fully realize the irony of having filed a complaint against an attorney alleging violations of the Alabama Legal Services Liability Act, §§ 6-5-570, Ala. Code 1975 ("the AL-

SLA"), and of failing to meet a deadline in that very case, but I would note that the violations alleged against the defendants cannot be defended as "excusable neglect," while I hope that the Court will view mine as such.

_____
Clinton Pittman
2101 4th Avenue South
Suite 200
Birmingham, AL 35233-2029
205-821-3712

Subscribed and sworn to before me, this 29th day of September, 2006.

_____
NOTARY PUBLIC

My commission expires: 11-20, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the persons listed below, this the 29th day of September, 2006:

James R. Shaw
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy 280 South, Suite 200
Birmingham, AL 35223

J. Henry Ros
Watkins, Ludlam, Winter & Stennis, P.A.
2510 14th Street
Suite 1010
Gulfport, MS 39501

_____
Clinton Pittman