IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC., )<br>)<br>    Plaintiff,           )<br>                           )<br>    v.                     )<br>                           )<br>MANISH HASMUKH PATEL, an   )<br>individual, and WOODARD,   )<br>PATEL & SLEDGE, a          )<br>partnership,              )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>2:06cv299-MHT |

ORDER

It is ORDERED that the motion for enlargement of time (doc. no. 12) is set for submission, without oral argument, on October 6, 2006, with all briefs due by said date.

DONE, this the 3rd day of October, 2006.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**