IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **FRED'S STORES OF TENNESSEE, INC.** )<br>)<br>)<br>)<br>    Plaintiff,    )<br>)<br>vs.    )<br>)<br>**MANISH HASMUKH PATEL, and** )<br>**WOODARD, PATEL & SLEDGE,**    )<br>)<br>    Defendants.    ) | **CIVIL ACTION NUMBER:**<br>**2:06cv299-MHT** |

## DEFENDANTS' RESPONSE TO PLAINTIFF MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS

**COME NOW** the Defendants, Manish Hasmukh Patel and Woodard, Patel & Sledge, through the undersigned attorney, and in response to plaintiff's motion for enlargement of time to file opposition to motion to dismiss state and show as follows:

1. Defendants have no opposition to the plaintiff receiving an extension of time to file its reply to the defendants' motion to dismiss.

      s/James R. Shaw
      James R. Shaw
      HUIE, FERNAMBUCQ & STEWART, LLP
      Three Protective Center
      2801 Hwy 280 South, Suite 200
      Birmingham, AL 35223
      (205) 251-1193
      (205) 251-1256
      jrs@hfsllp.com
      Alabama Bar No.: 7523-H49J
      Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clinton Pittman
2101 4th Avenue South
Suite 200
Birmingham, AL 35233-2029

J. Henry Ros
WATKINS, LUDLARA, WINTER & STENNIS, P.A.
2510 14th Street
Suite 1010
Gulfport, MS 39501

       Respectfully submitted,

       _s/James R. Shaw_
       James R. Shaw
       HUIE, FERNAMBUCQ & STEWART, LLP
       Three Protective Center
       2801 Hwy 280 South, Suite 200
       Birmingham, AL 35223
       (205) 251-1193
       (205) 251-1256
       jrs@hfsllp.com
       Alabama Bar No.: 7523-H49J
       Attorneys for Defendants