IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FRED'S STORES OF TENNESSEE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv299-MHT |
| MANISH HASMUKH PATEL, an individual, and WOODARD, PATEL & SLEDGE, a partnership, | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

There being no objection, it is ORDERED that the motion for enlargement of time (doc. no. 12) is granted.

DONE, this the 6th day of October, 2006.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE