# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 OCT 18  P 4:07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC., ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> MANISH HASMUKH PATEL, an individual; ) <br> and WOODARD, PATEL & SLEDGE, ) <br> a partnership. ) <br> ) <br> DEFENDANTS. ) | CIVIL ACTION NUMBER: <br><br> 2:06cv299-MHT |

## MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT

COMES NOW the Plaintiff, Fred's Store of Tennessee, Inc. ("Fred's Stores"), and pursuant to Rule 6(b), Fed.R.Civ.P., moves that the Court extend the time permitted to file its Amended Complaint. In support of its motion, Fred's Stores states as follows:

1. Counsel was notified about the 1st of October that the complaint should be amended to allege that the three members of the defendant law firm were Alabama residents, and such amendment was made.

2. Counsel had expected the amended complaint to be filed electronically, and did not think further of it, but this expectation was not fulfilled as counsel was not yet online with Pacer and the Court's e-filing system. This is being corrected today.

3. The "chain of command" failure that led to this *second* oversight has been remedied, and counsel pleads that the neglect that led to these failures will not recur, and that he is fully

responsible for the neglect that led to the failure to file the amendment immediately upon receiving the notice.

4. Upon information and belief, counsel for the defendants does not oppose the filing of the amended complaint at this time.

**WHEREFORE**, Fred's Stores of Tennessee, Inc. respectfully requests that the Court enlarge the time allowed for it to oppose the motion to dismiss filed by the defendants.

_____
Clinton Pittman (SJIS Code: PIT023)

2101 4th Avenue South
Suite 200
Birmingham, AL 35233-2029
(205) 821-3712
FAX: (205) 327-5773
E-mail: xmeromotu@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the persons listed below, this the 18 day of October, 2006:

James R. Shaw
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy 280 South, Suite 200
Birmingham, AL 35223

_____
Clinton Pittman