IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 OCT 18 P 4: 07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC., )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>MANISH HASMUKH PATEL, an individual; )<br>and WOODARD, PATEL & SLEDGE, )<br>a partnership. )<br>)<br>DEFENDANTS. ) | CIVIL ACTION NUMBER:<br><br>2:06cv299-MHT |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT

COMES NOW the Plaintiff, Fred's Store of Tennessee, Inc. ("Fred's Stores"), and in support of its motion that the Court extend the time permitted to file its Amended Complaint, files the following affidavit of its counsel, Clinton Pittman:

STATE OF ALABAMA    )
COUNTY OF JEFFERSON )

BEFORE ME, the undersigned Notary, _Marilyn Krause Scofield_, on this 18th day of October, 2006, personally appeared Clinton Pittman, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. My name is Clinton Pittman, and I am an attorney for Fred's Stores of Tennessee, Inc., in relation to the above-styled matter.

2. I was notified about the 1st of October that the complaint should be amended to allege that the three members of the defendant law firm were Alabama residents, and I made such amendment.

3. I had expected the amended complaint to be filed electronically, and did not think further of it, but have since learned that I am not yet online with Pacer and the Court's e-filing system. This is being corrected today.

4. The "chain of command" failure that led to this *second* oversight has been remedied, and I remain fully responsible for the neglect that led to the failure to file the amendment immediately upon receiving the notice.

5. I have spoken with Jim Shaw, counsel for the defendants, who does not oppose the filing of the amended complaint at this time.

_____
Clinton Pittman
2101 4th Avenue South
Suite 200
Birmingham, AL 35233-2029
205-821-3712

Subscribed and sworn to before me, this __18th__ day of __October_____, 2006.

_____
NOTARY PUBLIC

My commission expires: __11-20__, 20_07_.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the persons listed below, this the 18th day of October, 2006:

James R. Shaw
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy 280 South, Suite 200
Birmingham, AL 35223

Clinton Pittman