IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRED'S STORES OF TENNESSEE, INC., )<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv299-MHT |
| ) | (WO) |
| MANISH HASMUKH PATEL, an individual, and WOODARD, PATEL & SLEDGE, a partnership, )<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Defendants Manish Hasmukh Patel's and Woodard, Patel & Sledge's motion to dismiss (doc. no. 5) is granted.

(2) This lawsuit is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff Fred's Stores of Tennessee, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of October, 2006.


                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**